UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHN CORRION,

           Petitioner,           Civil No. 1:13-CV-12885
                                              Honorable Thomas L. Ludington

v.

DANIEL H. HEYNS, ET AL.,

           Respondent.
_____/

## OPINION AND ORDER SUMMARILY DISMISSING COMPLAINT

John Corrion is currently incarcerated at the Kinross Correctional Facility in Kincheloe, Michigan. On July 2, 2013, he filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Plaintiff seeks leave to proceed *in forma pauperis* in this matter. *See* 28 U.S.C. § 1915. But because Plaintiff has been enjoined from filing lawsuits in this Court without first obtaining leave of the presiding judge, and such leave has not been requested or granted, his complaint will be dismissed.

Plaintiff has been a frequent filer of civil rights complaints. In an Order recently entered in a civil rights case filed by Plaintiff, District Judge George Caram Steeh reviewed Plaintiff's history of filing frivolous and malicious actions. *See* Order Striking Compl., *Corrion v. Corrion*, No. 12-15484 (E.D. Mich. Feb. 1, 2013). Plaintiff has filed at least twenty-eight lawsuits in this court, twenty of which were dismissed either for failure to pay the filing fee after denial of leave to proceed *in forma pauperis*, or for constituting an action that was frivolous, malicious, or failed to state a claim. *Id*. at 2. Judge Steeh held Plaintiff "is a vexatious litigant who will not stop filing these actions absent action of the court" and ordered Plaintiff barred from filing further actions in this Court without first seeking leave of the presiding judge. *Id.* at 3. Plaintiff has failed to request or obtain permission of the presiding judge to filed this complaint. It will be dismissed.

Accordingly, because Plaintiff is barred from initiating this action, it is **ORDERED** that his complaint, ECF No. 1, is **DISMISSED**.

Dated: August 9, 2013

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail, and upon John Corrion #601943 Kinross Correctional Facility, 16770 S. Watertower Drive, Kincheloe, MI 49788 by first class U.S. mail on August 9, 2013.

s/Tracy A. Jacobs
TRACY A. JACOBS